DAVID L. ANDERSON (CABN 149604)
United States Attorney

**FILED**

Oct 14 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALFREDO ALCALA-GOMEZ, <br> a/k/a ALFREDO GOMEZ <br><br> Defendant. | CASE NO. CR20-388JD <br><br> VIOLATIONS: <br><br> 7 U.S.C. § 1902(a); 21 U.S.C. § 610(b) <br><br> SAN FRANCISCO VENUE |

I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE:        (7 U.S.C. § 1902(a) and 21 U.S.C. § 610(b) – Inhumane Slaughter)

   On or about November 18, 2018, in the Northern District of California, the defendant,

ALFREDO ALCALA-GOMEZ,
a/k/a ALFREDO GOMEZ,

did knowingly slaughter, and handle in connection with the slaughtering of, a goat, without first rendering the goat insensible to pain as required by the Federal Meat Inspection Act, before the goat was shackled, hoisted, thrown, cast, and cut, all in violation of Title 7 United States Code, Section 1902(a) and Title 21 United States Code, Section 610(b), a Class A misdemeanor.

//

1  DATED: –October 14, 2020        DAVID L. ANDERSON
                                                       United States Attorney

*Denise M. Oki*

DENISE M. OKI
Special Assistant United States Attorney

INFORMATION        2